No. 149, Misc. GRIFFIN *v.* U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ET AL.;

No. 289, Misc. SMITH *v.* ROVER, U. S. ATTORNEY;

No. 335, Misc. McDOWELL *v.* GRAVEN, U. S. DISTRICT JUDGE, ET AL.; and

No. 369, Misc. WELCH *v.* CRIMINAL DISTRICT COURT OF REEVES COUNTY, TEXAS. Motions for leave to file petitions for writs of mandamus denied.

No. 300, Misc. MAHURIN *v.* EIDSON, WARDEN; and

No. 334, Misc. LOPEZ *v.* UNITED STATES. Motions for leave to file petitions for writs of certiorari denied.

No. 491. UNITED STATES *v.* INTERSTATE COMMERCE COMMISSION ET AL. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. *Solicitor General Soboloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States. *Robert W. Ginnane* and *Samuel R. Howell* for the Interstate Commerce Commission, *Charles P. Reynolds* and *James B. McDonough, Jr.* for the Seaboard Air Line Railroad Co., *Richard B. Gwathmey* for the Atlantic Coast Line Railroad Co., *A. J. Dixon* and *William B. Jones* for the Southern Railway Co., *John P. Fishwick* for the Norfolk & Western Railway Co., *Martin A. Meyer, Jr.* for the Virginian Railway Co., and *Hugh B. Cox* and *Windsor F. Cousins* for the Pennsylvania Railroad Co., appellees.

No. 507. WALKER *v.* CITY OF HUTCHINSON ET AL. Appeal from the Supreme Court of Kansas. Probable jurisdiction noted. *A. Lewis Oswald* and *Herbert Monte Levy* for appellant.